UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LATENTZERO, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENVISION FINANCIAL SYSTEMS, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10962-RGS |

## NOTICE OF APPEARANCE OF JEFFREY W. MOSS

I, Jeffrey W. Moss, hereby enter my appearance on behalf of the defendant, Envision Financial Systems, Inc.

Respectfully submitted,

ENVISION FINANCIAL SYSTEMS, INC.
By Its Attorneys,

_____
Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts 02110
Tel: 617.451.9700

Dated: May 25, 2005

1-BO/100817.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above-referenced document(s) was served upon the attorney(s) of record, on 5/25/05, by: (_) hand; (_) fax; (_) email; (✓) U.S. mail