UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LATENTZERO, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10962-RGS |
| | ) | |
| ENVISION FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION FOR
## ENLARGEMENT OF TIME TO ANSWER COMPLAINT

The parties hereby stipulate and agree, pursuant to Fed.R.Civ.P. Rule 6(b) that the time

within which defendant, Envision Financial Systems, Inc., may file an answer or other

responsive pleading to Plaintiff's Verified Complaint shall be extended to and include

Wednesday, June 29, 2005, so that the parties may continue to engage is settlement discussions.

For Plaintiff:

LATENTZERO, INC.
By Its Attorneys,


Maureen Mulligan, BBO# 556482
Brian K. French, BBO# 637856
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
Tel:    617.742.4200

Dated:  May 25, 2005

For Defendant:

ENVISION FINANCIAL SYSTEMS, INC.
By Its Attorneys,


Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts 02110
Tel:    617.451.9700

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the
above-referenced document(s) was served upon
the attorney(s) of record, on _5/25/05_ by:
(__) hand; (✓) fax; (__) email (✓) U.S. mail