# UNITED STATES DISTRICT COURT

District of  Massachusetts

LatentZero, Inc.

V.

Envision Financial
Systems, Inc.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 10962 RGS**

TO: (Name and address of Defendant)

Envision Financial Systems, Inc.
15661 Redhill Avenue, Suite 150
Tustin, California

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maureen Mulligan, Esquire
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  MAY 10 2005

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| RUBERTO, ISRAEL & WEINER, P.C.<br>100 N. WASHINGTON STREET<br>BOSTON MA 02114-2128<br>617-742-2355<br>ATTORNEY FOR | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
COURT, DISTRICT OF
MASSACHUSETTS

| PLAINTIFF/PETITIONER: | LATENZERO, INC. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | ENVISION FINANCIAL | 05 10962 RGS |
| **PROOF OF SERVICE OF SUMMONS** | | Ref No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   Summons in a Civil Case and Verified Complaint

3. a. Party served:

   ENVISION FINANCIAL SYSTEMS, INC.

   b. Person served (other):

   SATNAM GANBHIR
   PRESIDENT

4. Address where party was served:

   15661 REDHILL AVE
   SUITE 150
   TUSTIN CA

5. I served the party

   b. BY SUBSTITUTED SERVICE. On: 05/12/05 at 2:50 PM  I left the documents listed in item 2 with or in the presence of:
   JOY BARNES
   OFFICE MANAGER

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
Invoice No.: 058093

| PLAINTIFF/PETITIONER: | LATENZERO, INC. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | ENVISION FINANCIAL | 05 10962 RGS |

      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to be served at the place where the copies were left (Code of Civ. Proc., 415.20). I mailed the documents on: 05/13/05 from: SANTA ANA

6. The "Notice to the person Served" (on the summons) was completed as follows:
   c. ON BEHALF OF:
       ENVISION FINANCIAL SYSTEMS, INC.
   under the following Code of Civil Procedure: CCP 416.10 (CORPORATION)

7. Person who served papers
   a. Name: BARBARA TUSTISON
   b. Address: 1625 E. 17th Street Santa Ana, CA 92705
   c. Telephone Number: 714-558-1403
   d. The fee for service was: $124.95
   e. I am:
      (3) [ X ] registered California process server:
       (i) [ X ] Independent contractor
       (ii) Registration No.: PSC 1501 Expires: 08/23/05
       (iii) County: ORANGE

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

05/13/05

BARBARA TUSTISON

All Counties Attorney Service, Orange CO. REG # , EXPIRES

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Invoice No.: 058093