UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LATENTZERO, INC.                    )<br>                                                   )<br>                         Plaintiff,    )<br>                                                   )<br>     v.                                           )<br>                                                   )<br>ENVISION FINANCIAL SYSTEMS, INC.  )<br>                                                   )<br>                         Defendant.   )<br>                                                   ) | Civil Action No. 05-10962-RGS |

**STIPULATION FOR**
**ENLARGEMENT OF TIME TO ANSWER COMPLAINT**

The parties hereby stipulate and agree, pursuant to Fed.R.Civ.P. Rule 6(b) that the time within which defendant, Envision Financial Systems, Inc., may file an answer or other responsive pleading to Plaintiff's Verified Complaint shall be extended to and include Wednesday, July 13, 2005, so that the parties may further engage in settlement discussions.

| For Plaintiff: | For Defendant: |
|---|---|
| LATENTZERO, INC.<br>By Its Attorneys, | ENVISION FINANCIAL SYSTEMS, INC.<br>By Its Attorneys, |
| */s/ Maureen Mulligan*<br>Maureen Mulligan, BBO# 556482<br>Brian K. French, BBO# 637856<br>RUBERTO, ISRAEL & WEINER, P.C.<br>100 North Washington Street<br>Boston, Massachusetts  02114<br>Tel:    617.742.4200 | */s/ Jeffrey W. Moss*<br>Jeffrey W. Moss, BBO# 552421<br>Morgan, Lewis & Bockius LLP<br>225 Franklin Street, Suite 1705<br>Boston, Massachusetts  02110<br>Tel:    617.451.9700 |

Dated:  June 29, 2005

1-BO/100891.1