UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LATENTZERO, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. . 05-10962 RGS |
| ENVISION FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL**
(Fed. R. Civ. P. 41 (a)(1)(i))

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that Latent Zero, Inc., plaintiff, dismisses this action with prejudice, each party to bear its own attorneys' fees and costs.

LATENTZERO, INC.,
By its attorneys,

_____
Maureen Mulligan (BBO #556482)
Brian K. French (BBO #637856)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: July 12, 2005

**CERTIFICATE OF SERVICE**

I, Maureen Mulligan, hereby certify that I have served a true copy of the within document upon counsel on the following service list who do not otherwise receive electronic notice, by first-class mail, postage prepaid, this 12th day of July, 2005.

_____
Maureen Mulligan

## SERVICE LIST

Ron N. Dreben, Esquire
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Jeffrey W. Moss, Esquire
Morgan Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, MA 02110